UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA ex rel. )
NICOLE OLCOTT, )
)
    Plaintiff, )
)
v. ) Case No. 12-CV-605-TCK-FHM
)
SOUTHWEST HOME HEALTH CARE, )
INC., KINNSER SOFTWARE, INC.; )
and DR. ROGER LEE KINNEY, )
)
    Defendants. )

## OPINION AND ORDER

Plaintiff's First Motion to Compel Southwest Home Health Care Inc., to Respond to Relator's Discovery Requests, [Dkt. 100], is before the court for decision. The time to respond has expired and no response has been filed.

Plaintiff's First Motion to Compel Southwest Home Health Care Inc., to Respond to Relator's Discovery Requests, [Dkt. 100], is GRANTED. Defendant Southwest Home Health Care Inc., shall immediately respond to Plaintiff's discovery requests.

SO ORDERED this 1st day of March, 2019.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE